### WHITE'S LESSEE v. WHITE.

Supreme Court. March, 1794.

*Wilson's Red Book, 14.**

READ, C. J. A guardian appointed by the Orphans' Court may prosecute a suit without a special admission. The guardian though not of record must be taken to support the suit and can seldom be free from an interest in the event.

Witness rejected.